```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03913
   TYSON A DREW
   MAGEN K DREW                               CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9816    SSN XXX-XX-4510
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/07 .

   2.  The case was dismissed without confirmation, 07/20/2007.

   3.  The Debtor paid a total of $    7407.63 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BANK ONE | SECURED VEHIC | .00 | .00 | 1343.80 |
| DERMATOLOGY LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| MARSEILLES AREA AMBULANC | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1343.80 | .00 | .00 | .00 | 1343.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1343.80 | .00 | .00 | .00 | 1343.80 |

The Debtor's attorney, RONALD D CUMMINGS             , was allowed $   3000.00
and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $    105.29 .

Refunds to the Debtor totaled $   3684.54 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/09/07                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 07 B 03913 TYSON A DREW & MAGEN K DREW
```